**Opinion issued January 23, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00307-CV

————————————

## DIANA G. OFFORD, Appellant

## V.

## JUDGE BRADY ELLIOTT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, Appellee

On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Case No. 10DCV185448A

## MEMORANDUM OPINION

Appellant, Diana G. Offord, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing appellant's failure to file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.